1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant DEPARTMENT OF VETERANS AFFAIRS
      erroneously sued herein as VETERANS ADMINISTRATION
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 CHARLES JAMES OUZOUNIAN and          )   1:10-cv-00349 OWW/SMS
   GLENDA OUZOUNIAN,                    )
11                                      )   **STIPULATION TO EXTEND TIME IN**
              Plaintiffs,               )   **WHICH TO RESPOND TO PLEADINGS**
12                                      )   **AND SCHEDULING CONFERENCE**
         v.                             )   **DATE; ORDER**
13                                      )
   VETERANS ADMINISTRATION and,         )
14 DOES 1 to 10,                        )
                                        )
15            Defendant.                )
                                        )
16

17         Plaintiffs Charles James Ouzounian and Glenda Ouzounian ("Plaintiffs") and Defendant

18 Department of Veterans Affairs ("Veterans Affairs") stipulate, by and through the undersigned

19 counsel, to extend the deadline for United States to respond to the First Amended Complaint to

20 and including August 30, 2010.

21         The parties further agree to continue the date of the scheduling conference currently set

22 for July 8, 2010 at 8:15 a.m. in Courtroom 3 of the above-entitled court to September 17, 2010 at

23 8:15 a.m. in Courtroom 3, or a date to be determined by the court.

24         The parties base this stipulation on good cause. The parties are working towards

25 resolution of this matter. The parties agree that this short extension of time for Veterans Affairs

26 to respond will not cause any prejudice to the parties as this action was recently commenced.

27         Accordingly, the parties stipulate and agree to continue the time for Veterans Affairs to

28 file a responsive pleading to the First Amended Complaint and the scheduling conference as

specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Veterans Affairs' response to First Amended Complaint | June 14, 2010 | **August 30, 2010** |
| Scheduling Conference | July 8, 2010 @8:15 a.m. Dept. 3 | **September 17, 2010** @8:15 a.m. Dept. 3 |

Respectfully submitted,

Dated: June 14, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
Department of Veterans Affairs

Dated: June 14, 2010.

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By:   /s/Alison H. Samarin
Alison H. Samarin, Esq
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated:   June 18, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE