BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant DEPARTMENT OF VETERANS AFFAIRS
erroneously sued herein as VETERANS ADMINISTRATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES JAMES OUZOUNIAN and GLENDA OUZOUNIAN, <br><br> Plaintiffs, <br><br> v. <br><br> VETERANS ADMINISTRATION and, DOES 1 to 10, <br><br> Defendant. | 1:10-cv-00349 OWW/SMS <br><br> **STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed without prejudice.

Respectfully submitted,

Dated: August 3, 2010                 BENJAMIN B. WAGNER
                                      United States Attorney


                           By:   /s/Alyson A. Berg
                                 ALYSON A. BERG
                                 Assistant U.S. Attorney
                                 Attorneys for Defendant
                                 Department of Veterans Affairs

Dated: July 30, 2010.                 JACOBSON, HANSEN, NAJARIAN &
                                      McQUILLAN


                           By:   /s/Alison H. Samarin
                                 Alison H. Samarin, Esq
                                 Attorneys for Plaintiffs

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   August 3, 2010**                             /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE